Chief Judge Robert S. Lasnik
Magistrate Judge James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS FAUS-TURINO, (Agency #A74-051-847), Petitioner, v. ALBERTO R. GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security; A. NEIL CLARK, Seattle Field Office Director for Detention and Removal Operations, U. S. Immigration and Customs Enforcement; and WARDEN of Immigration Detention Facility, Respondents. | No.  C05-01993-RSL-JPD  STIPULATION AND ORDER OF DISMISSAL |

The Petitioner and Respondents, through their undersigned counsel, hereby stipulate and agree that the Petitioner was released from DHS/ICE detention under an Order of Supervision (Copy attached hereto) on December 5, 2005, and accordingly, the Petition for Writ of Habeas Corpus in the above-captioned case has become moot and may be dismissed without prejudice.

 January 25, 2006
DATE

 s/Jay Warren Stansell
JAY WARREN STANSELL
WSBA # 18752
Assistant Federal Public Defender
Westlake Center Office Tower
1601 5th Avenue, Suite 700
Seattle, WA  98101
Phone: (206) 553-1100
Fax: (206) 553-0120
E-mail: jay_stansell@fd.org
Attorney for Petitioner

STIPULATION AND ORDER OF DISMISSAL - 1
C05-01993-RSL-JPD

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | |
|---|---|---|
| 1 | January 25, 2006<br>DATED | s/Robert P. Brouillard<br>ROBERT P. BROUILLARD |
| 2 | | WSBA # 19786<br>Assistant United States Attorney |
| 3 | | United States Attorney's Office<br>700 Stewart Street, Suite 5220 |
| 4 | | Seattle, Washington  98101-1271<br>Telephone: (206) 553-7970 |
| 5 | | Fax: (206) 553-4073<br>E-mail: robert.brouillard@usdoj.gov |

**IT IS SO ORDERED**

The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 14th day of February, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Recommended for Entry

this 26th day of January, 2006.

/s/  JAMES P. DONOHUE
United States Magistrate Judge

STIPULATION AND ORDER OF DISMISSAL - 2
C05-01993-RSL-JPD